UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: | Chapter 11 |
| **DEATH'S DOOR SPIRITS, LLC,** | **Case No.: 18-13912** |
| DEATH'S DOOR DISTILLERY, LLC; | Case No.: 18-13915 |
| Debtors. | Jointly Administered |

AFFIDAVIT OF BRIAN ELLISON IN SUPPORT OF ORDER
(1) AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS,
INTERSTS, AND ENCUMBRANCES; (2) AUTHORIZING ASSUMPTION AND
ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY
CONTRACTS; (3) APPROVING CHANGES TO DEBTORS' NAMES AND
MODIFICATIONS TO CAPTION.

STATE OF WISCONSIN   )
                     ) ss.
COUNTY OF DANE       )

I, Brian Ellison, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an adult resident of the State of Wisconsin and the President and founding member of Death's Door Spirits, LLC ("Spirits") and Death's Door Distillery, LLC ("Distillery"). Collectively, in this Declaration, I refer to Death's Door Spirits, LLC and Death's Door Distillery, LLC as the "Company" or as the "Debtors". Debtors are Wisconsin limited liability companies with their business headquarters all located in Middleton, Wisconsin.

2. I emailed copies of the Order Approving and Setting Sales Procedures and Scheduling Sale Approval Hearing, dated December 4, 2018 (the "Sales

Procedures Order"), with the attached Sale Procedures, to all parties with whom I have discussed a possible sale in the last 12-months.

3. Since the Sales Procedures Order, I have received 23 signed non-disclosure agreements and have conducted six (6) site visits.

4. I declare under penalty of perjury that the foregoing is true and correct.

_____
Brian Ellison

Subscribed and sworn to before me this
20th day of December, 2018.

Print Name: Kimberly P. Sebranek
Notary Public, State of Wisconsin
My Commission: N/A