

ONE EAST MAIN STREET, SUITE 500 • POST OFFICE BOX 2719
MADISON, WISCONSIN 53701-2719
TEL • 608.257.3911  FAX • 608.257.0609
WWW • GKLAW.COM

Direct: 608-284-2277

December 21, 2018

**VIA ECF**

Judge Catherine J. Furay
United States Bankruptcy Court
Western District of Wisconsin
120 North Henry Street Room 340
Madison, WI 53703

    RE:    Death's Door Spirits, LLC
            Bankruptcy Case No. 18-13912-11

            Death's Door Distillery, LLC
            Bankruptcy Case No. 18-13915-11

Dear Judge Furay:

    As requested at this morning's hearing on the *Order (1) Authorizing Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; (2) Authorizing Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; (3) Approving Changes to Debtors' Names and Modifications to Caption* (the "Proposed Sale Order"), attached please find a redline comparison of the Asset Purchase Agreement dated December 20, 2018 by Midwest Custom Bottling LLC (the "APA") and the original Stalking Horse Asset Purchase Agreement by CDF Capital, LLC.  When preparing this redline document, we discovered a functional typographical error in the version of the APA attached as Exhibit A to the Proposed Sale Order, where a reference to "Schedule 1.2(g)" should have been removed.  We have corrected this error on the attached redline document.

    Please have your Clerk contact me with any questions.

                           Sincerely,

                           GODFREY & KAHN, S.C.

                           /s/ Erin A. West

EAW:srs
Enclosure
cc:    All Parties Receiving Notice via ECF

19959678.2