Death's Door Spirits  
Death's Door Distillery  
List of Employees and Utility Providers

<span style="color:red">**EXHIBIT B**</span>

| **Employees** | **Creditors/Utility Providers** |
|---|---|
| Chris Kubale | AT&T |
| Jared Ellenson | City of Middleton |
| Jason Veal | MG&E |
| Laurie Handel | Pellitteri Waste Systems |
| Margaret Ebeling | TDS Metrocom |
| Ryann Marlar | |